**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000657
24-JUN-2025
08:24 AM
Dkt. 40 OGMD**

NO. CAAP-24-0000657


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


WILMINGTON SAVINGS FUND SOCIETY,FSB, D/B/A, CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, Plaintiff/Counterclaim Defendant-Appellee, v. STANLEY K LEANIO; AS CO-SPECIAL ADMINISTRATOR FOR THE ESTATE OF WILLIAM KAMAI LEANIO; DONNA-LEE LEANIO, AS CO-SPECIAL ADMINISTRATOR FOR THE ESTATE OF WILLIAM KAMAI LEANIO; MONA LISA TOTH, AS SPECIAL CO-ADMINISTRATOR FOR THE ESTATE OF WILLIAM KAMAI LEANIO, Defendants-Appellees,
and
ABS LOANT TRUST, Defendant/Crossclaim Defendant-Appellee,
and
CITY AND COUNTY OF HONOLULU, Defendant/Counterclaimant/Crossclaimant-Appellee,
and
WEST LOCH FAIRWAYS ASSOCIATION; Defendant/Crossclaim Defendant-Appellee,
and
LAUNANI ASSETS, LLC, Defendant/Crossclaim Defendant-Appellant,
and
ROCHELLE NAPUANANI ITO AS CO-SUCCESSOR TRUSTEE FOR THE WILLIAM KAMAI LEANIO TRUST UNDER AN UNRECORDED TRUST INSTRUMENT DATED JANUARY 28, 2006 AND THE THERESA MAY LEANIO TRUST UNDER AN UNRECORDED TRUST INSTRUMENT DATED JANUARY 28, 2006, Defendant-Appellee,
and
REYLENE JENNIFER IDICA AS CO-SUCCESSOR TRUSTEE OF THE WILLIAM KAMAI LEANIO TRUST UNDER AN UNRECORDED TRUST INSTRUMENT DATED JANURY 28, 2006 AND THE THERESA MAY LEANIO TRUST UNDER AN UNRECORDED TRUST INSTRUMENT DATED JANUARY 28, 2006, Defendant/Crossclaim Defendant-Appelle,
and
JOHN DOES 1-10; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC131002313)

<u>ORDER GRANTING MOTION TO DISMISS APPEAL</u>
(By:  Leonard, Acting Chief Judge, Hiraoka, Wadsworth, JJ.)

Upon consideration of Defendant/Crossclaim Defendant-Appellant Launani Assets, LLC's June 13, 2025 Motion for Dismissal and Sixth Extension of Time to File Opening Brief, the papers in support, and the record, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b).  The parties shall bear their own fees and costs.

DATED: Honolulu, Hawaiʻi, June 24, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge